No. 04-6405. STRONG v. BAKER, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 04-6410. BROOKS v. SMITH, SUPERINTENDENT, CASWELL CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.

No. 04-6411. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-6412. BLOOMQUIST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-6415. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04-6417. GUTIERREZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04-6418. GILLAUM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04-6420. GAINES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04-6422. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04-6424. GARCIA-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-6425. FARMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04-6427. CHAVIRA-CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-6429. CAMPBELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04-6433. LONG v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 04-6435. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.